IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:21-CR-38-D

UNITED STATES OF AMERICA,

v.

JEREMY CHAMBERS

Defendant.

**ORDER TO SEAL**

THIS matter coming to be heard upon Motion of Defendant Jeremy Chambers, and this Court finding good cause for granting the relief requested;

THEREFORE, it is ORDERED that the Sentencing Memorandum [D.E. 22] is hereby ordered sealed until such time that they are ordered unsealed by this Court.

This the ___29___ day of September, 2021

James C. Dever III
United States District Judge